**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7543**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAMMY CHAVIS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron McGowan Currie, District Judge.  (CR-95-33)

_____

Submitted:  January 13, 2005          Decided:  January 20, 2005

_____

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sammy Chavis, Appellant Pro Se. Kristopher Todd Hagins, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sammy Chavis appeals the district court's order denying his motion to compel the Government to move for a downward departure. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Chavis, No. CR-95-33 (D.S.C. Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED